Jason M. Rund
840 Apollo Street, Suite 351
El Segundo, California 90245
Telephone: 310-640-1200
Facsimile: 310-640-0200
Email: jrund@srlawyers.com

**UNITED STATES BANKRUPTCY COURT**
CENTRAL **DISTRICT OF** CALIFORNIA
LOS ANGELES **DIVISION**

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| MAGIC APPAREL GROUP, INC. | § | Case No. 2:16-bk-24982-BR |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JASON M. RUND, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 60,000.00<br>*(Without deducting any secured claims)* | Assets Exempt: NA |
| Total Distributions to Claimants: 33,693.51 | Claims Discharged<br>Without Payment: NA |
| Total Expenses of Administration: 191,306.49 | |

3) Total gross receipts of $ 325,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 100,000.00 (see **Exhibit 2**), yielded net receipts of $ 225,000.00 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ 3,440.55 | $ 3,440.55 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 191,306.49 | 191,306.49 | 191,306.49 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 15,315.73 | 15,315.73 | 15,315.73 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 17,870,557.00 | 12,054,210.60 | 12,054,210.60 | 18,377.78 |
| **TOTAL DISBURSEMENTS** | $ 17,870,557.00 | $ 12,264,273.37 | $ 12,264,273.37 | $ 225,000.00 |

4)  This case was originally filed under chapter 7 on  11/14/2016 .  The case was pending for 23 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  09/24/2018                         By:/s/JASON M. RUND, TRUSTEE
                                                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| ASSIGNMENT OF LITIGATION CLAIMS TO CATHAY | 1229-000 | 325,000.00 |
| **TOTAL GROSS RECEIPTS** | | $ 325,000.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Bankruptcy Estate of Joseph S. Whang | Non-Estate Funds Paid to Third Parties | 8500-000 | 100,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $ 100,000.00 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000003 | LOS ANGELES COUNTY TREASURER AND TA | 4800-000 | NA | 3,440.55 | 3,440.55 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $ NA | $ 3,440.55 | $ 3,440.55 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
| --- | --- | --- | --- | --- | --- |
| TRUSTEE COMPENSATION:JASON M. RUND | 2100-000 | NA | 14,500.00 | 14,500.00 | 14,500.00 |
| TRUSTEE EXPENSES:JASON M. RUND | 2200-000 | NA | 210.69 | 210.69 | 210.69 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | NA | 118.16 | 118.16 | 118.16 |
| UNION BANK | 2600-000 | NA | 1,638.26 | 1,638.26 | 1,638.26 |
| FRANCHISE TAX BOARD | 2820-000 | NA | 1,629.28 | 1,629.28 | 1,629.28 |
| ATTORNEY FOR TRUSTEE FEES (OTHER FIRM):GREENBERG GLUSKER | 3210-000 | NA | 168,621.73 | 168,621.73 | 168,621.73 |
| ATTORNEY FOR TRUSTEE EXPENSES (OTHER FIRM):GREENBERG GLUSKER | 3220-000 | NA | 1,378.27 | 1,378.27 | 1,378.27 |
| ACCOUNTANT FOR TRUSTEE FEES (OTHER FIRM):HAHN FIFE & COMPANY, LLP | 3410-000 | NA | 2,898.00 | 2,898.00 | 2,898.00 |
| ACCOUNTANT FOR TRUSTEE EXPENSES (OTHER FIRM):HAHN FIFE & COMPANY, LLP | 3420-000 | NA | 312.10 | 312.10 | 312.10 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 191,306.49 | $ 191,306.49 | $ 191,306.49 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
| --- | --- | --- | --- | --- | --- |
| NA: NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
| --- | --- | --- | --- | --- | --- | --- |
| | Internal Revenue Service P.O. Box 7349 Philadelphia, PA 19101-7346 | | 0.00 | NA | NA | 0.00 |
| 000002A | EMPLOYMENT DEVELOPMENT DEPARTMENT | 5800-000 | NA | 14,725.55 | 14,725.55 | 14,725.55 |
| 000004A | FRANCHISE TAX BOARD | 5800-000 | 0.00 | 590.18 | 590.18 | 590.18 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $ 0.00 | $ 15,315.73 | $ 15,315.73 | $ 15,315.73 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ABA Insurance Services, Inc.<br>5910 Launderbrook Drive,<br>Ste. 100<br>Cleveland, OH 44124 | | 4,153.00 | NA | NA | 0.00 |
| | Aaron Jung<br>1100 W. Compton Street<br>Compton, CA 90220 | | 409.00 | NA | NA | 0.00 |
| | Advertising Specialty Institute<br>P.O. Box 15017<br>Wilmington, DE 19886-5017 | | 1,424.00 | NA | NA | 0.00 |
| | Alvarado Landscape<br>1109 W. Chandler Street<br>Wilmington, CA 90744 | | 550.00 | NA | NA | 0.00 |
| | Anthony Choi<br>2190 West Snead Street<br>La Habra, CA 90631 | | 0.00 | NA | NA | 0.00 |
| | Barbara Fields Buying Office<br>110 E. 9th Street, Ste. A1289<br>Los Angeles, CA 90079 | | 1,605.00 | NA | NA | 0.00 |
| | Brian Matsumura IT Service<br>2059 Artesia Blvd. #24<br>Torrance, CA 90504 | | 1,643.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
| --- | --- | --- | --- | --- | --- | --- |
| | Bryan C. Yang<br>1100 W. Compton Street<br>Compton, CA 90220 | | 409.00 | NA | NA | 0.00 |
| | Business Property Lending<br>P.O. Box 953380<br>Saint Louis, MO 63195 | | 8,679.00 | NA | NA | 0.00 |
| | C.H. Robinson Worldwide<br>P.O. Box MN 55480-9121<br>Minneapolis, MN 55480-9121 | | 2,615.00 | NA | NA | 0.00 |
| | CIT Finance<br>10201 Centurion Pkwy. N.<br>#100<br>Jacksonville, FL 32256 | | 1,187.00 | NA | NA | 0.00 |
| | Cathay Bank<br>c/o Michael Bierman, Esq.<br>Dentons US LLP<br>601 North Figueroa Street,<br>#2500<br>Los Angeles, CA 90017-5704 | | 0.00 | NA | NA | 0.00 |
| | Chris Yoo<br>1100 W. Walnut Street<br>Compton, CA 90220 | | 545.00 | NA | NA | 0.00 |
| | Christopher D. Ramirez<br>1100 W. Compton Street<br>Compton, CA 90220 | | 409.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | City of Compton<br>Dept. LA23194<br>Pasadena, CA 91185-3194 | | 152.00 | NA | NA | 0.00 |
| | Clearpoint<br>808 134th Street, Ste. 209<br>Everett, WA 98204 | | 10,411.00 | NA | NA | 0.00 |
| | Coast To Coast Computer<br>4277 Valley Fair Street<br>Simi Valley, CA 93063 | | 2,529.00 | NA | NA | 0.00 |
| | Crossland Trading Corp.<br>325 W. 132nd Street<br>Los Angeles, CA 90061 | | 3,127.00 | NA | NA | 0.00 |
| | Daylight Transport, LLC<br>P.O. Box 93155<br>Long Beach, CA 90809 | | 798.00 | NA | NA | 0.00 |
| | Doborah Choi and Jean Whang<br>c/o Aidan Butler, Esq.<br>3550 Wilshire Blvd., Ste. 1924<br>Los Angeles, CA 90010 | | 0.00 | NA | NA | 0.00 |
| | Enjel Cubol<br>1100 W. Walnut Street<br>Compton, CA 90220 | | 375.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Fire Master<br>Dept. 1019<br>P.O. Box 121019<br>Dallas, TX 75312-1019 | | 1,181.00 | NA | NA | 0.00 |
| | Global Apparel Group, Inc.<br>1100 W. Compton Street<br>Compton, CA 90220 | | 1,500,000.00 | NA | NA | 0.00 |
| | Hwaseung Networks America Corp.<br>3435 Wilshire Blvd., Ste. 2890<br>Los Angeles, CA 90010 | | 120,229.00 | NA | NA | 0.00 |
| | Joseph W. Rae<br>1100 W. Compton Street<br>Compton, CA 90220 | | 324.00 | NA | NA | 0.00 |
| | Joseph Whang<br>9 Country Meadow Road<br>Palos Verdes Peninsula, CA 90274 | | 2,600,000.00 | NA | NA | 0.00 |
| | Konica Minolta Premier Finance<br>P.O. Box 31001-0273<br>Pasadena, CA 91110-0273 | | 494.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | L.A. Models<br>7700 W. Sunset Blvd.<br>Los Angeles, CA 90046 | | 243.00 | NA | NA | 0.00 |
| | Los Angeles County<br>Treas/Tax Coll.<br>P.O. Box 54110<br>Los Angeles, CA 90054-0110 | | 0.00 | NA | NA | 0.00 |
| | McKenna Long & Aldridge<br>LLP<br>300 South Grand Avenue,<br>14th Flr.<br>Los Angeles, CA 90071-3124 | | 0.00 | NA | NA | 0.00 |
| | Mechanics Bank<br>725 Alfred Nobel Drive<br>Hercules, CA 94547 | | 37,677.00 | NA | NA | 0.00 |
| | Memphis Light Gas Water<br>Division<br>P.O. Box 388<br>Memphis, TN 38145-0388 | | 1,182.00 | NA | NA | 0.00 |
| | Nissan Lifttrucks of Memphis,<br>LLC<br>5625 East Raines Road<br>Memphis, TN 38115 | | 7,052.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Pacific Commerce Bank<br>420 East 3rd Street, Ste. 100<br>Los Angeles, CA 90013 | | 6,781.00 | NA | NA | 0.00 |
| | Park Law<br>3700 Wilshire Blvd., Ste. 435<br>Los Angeles, CA 90010 | | 3,670.00 | NA | NA | 0.00 |
| | Pillsbury Winthrop Shaw<br>Pittman LLP<br>725 So. Figueroa St., Ste.<br>2800<br>Los Angeles, CA 90017-5406 | | 1,182.00 | NA | NA | 0.00 |
| | Promac Image Services<br>3251 W. 6th Street<br>Los Angeles, CA 90020 | | 362.00 | NA | NA | 0.00 |
| | Promised Land Pest Control<br>Services<br>3171 W. Olympic Blvd., Ste.<br>161<br>Los Angeles, CA 90006 | | 100.00 | NA | NA | 0.00 |
| | Promotional Products Assoc.<br>Int'l<br>Attn.: Membership Services<br>3125 Skyway Circle<br>North Irving, TX 75038-3526 | | 1,536.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Raymond Jee<br>1100 W. Compton Street<br>Compton, CA 90220 | | 381.00 | NA | NA | 0.00 |
| | Reliant Tax Consulting<br>25115 Avenue Stanford, Ste. 318<br>Valencia, CA 91355 | | 0.00 | NA | NA | 0.00 |
| | Shinhan Bank America<br>3000 W. Olympic Blvd.<br>Los Angeles, CA 90006-2567 | | 900,000.00 | NA | NA | 0.00 |
| | Terry D. Cratty<br>1100 W. Compton Street<br>Compton, CA 90220 | | 341.00 | NA | NA | 0.00 |
| | United Parcel Service<br>c/o RMS<br>P.O. Box 4396<br>Lutherville Timonium, MD 21094 | | 5,090.00 | NA | NA | 0.00 |
| | Vision Models<br>5870 W. Jefferson Blvd., Unit L<br>Los Angeles, CA 90016 | | 840.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Waste Management of Tenn.-Memphis<br>P.O. Box 9001054<br>Louisville, KY 40290-1054 | | 327.00 | NA | NA | 0.00 |
| | Yung Sook Whang<br>c/o Brandon Witkow, Esq.<br>Witkow Law<br>21031 Ventura Blvd., Ste. 603<br>Woodland Hills, CA 91364 | | 1,000,000.00 | NA | NA | 0.00 |
| 000008 | CATHAY BANK | 7100-000 | 11,400,000.00 | 11,483,791.04 | 11,483,791.04 | 17,514.77 |
| 000009 | DECKY CO., INC. | 7100-000 | 0.00 | 51,969.70 | 51,969.70 | 79.26 |
| 000002B | EMPLOYMENT DEVELOPMENT DEPARTMENT | 7100-000 | NA | 305.09 | 305.09 | 0.47 |
| 000004B | FRANCHISE TAX BOARD | 7100-000 | NA | 334.00 | 334.00 | 0.51 |
| 000010 | JOHN WHANG C/O 1421 S. MAIN, LLC | 7100-000 | 545.00 | 22,000.00 | 22,000.00 | 33.55 |
| 000006 | POSCO DAEWOO AMERICA CORP | 7100-000 | 240,000.00 | 182,431.66 | 182,431.66 | 278.24 |
| 000001 | ROBERT KEVIN LEE | 7100-000 | NA | 8,803.91 | 8,803.91 | 13.43 |
| 000007 | YUNG SOOK WHANG | 7100-000 | NA | 300,000.00 | 300,000.00 | 457.55 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002C | EMPLOYMENT DEVELOPMENT DEPARTMENT | 7300-000 | NA | 4,311.23 | 4,311.23 | 0.00 |
| 000004C | FRANCHISE TAX BOARD | 7300-000 | NA | 263.97 | 263.97 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $ 17,870,557.00 | $ 12,054,210.60 | $ 12,054,210.60 | $ 18,377.78 |

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

Case No: 2:16-24982 BR Judge: BARRY RUSSELL
Case Name: MAGIC APPAREL GROUP, INC.

For Period Ending: 03/31/19

Trustee Name: JASON M. RUND, TRUSTEE
Date Filed (f) or Converted (c): 11/14/16 (f)
341(a) Meeting Date: 01/26/17
Claims Bar Date: 07/03/17

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. ACCOUNTS RECEIVABLE<br>DEBTOR LISTS $0.00 VALUE FOR ACCOUNTS RECEIVABLE | 0.00 | 0.00 | | 0.00 | FA |
| 2. OFFICE EQUIPMENT<br>IN 2014, EMBROIDERY MACHINE TOOK BY UNRECALLED BROKER IN TEXAS WITH APPROXIMATE VALUE OF $60,000. | 60,000.00 | 0.00 | | 0.00 | FA |
| 3. OTHER PROPERTY<br>MOST REMAINING ASSETS OF DEBTOR WERE LIQUIDATED BY A RECEIVER IN OR AROUND FEBRUARY 2014 AFTER ITS PRIOR CHAPTER 11 CASE WAS DISMISSED. | 0.00 | 0.00 | | 0.00 | FA |
| 4. ASSIGNMENT OF LITIGATION CLAIMS TO CATHAY (u) BANK.<br><br>THE TRUSTEE DETERMINED IT WAS IN THE BEST INTERESTS OF THE BANKRUPTCY ESTATE TO ENTER INTO AN ASSISGNMENT OF CLAIMS AND COMPROMISE WITH CATHAY BANK BASED ON THE FACTS DETAILED BELOW. A MOTION FOR APPROVAL WAS FILED ON MARCH 7, 2017. A HEARING WAS CONDUCTED ON MARCH 28, 2017 AND CONTINUED TO JUNE 20, 2017.<br><br>ON NOVEMBER 8, 2016, MAGIC APPAREL'S PRINCIPAL, JOSEPH WHANG FILED A VOLUNTARY PETITION IN THE CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION, COMMENCING THE WITHIN BANKRUPTCY CASE NO. 2:16-BK-24823-BR (THE "INDIVIDUAL BANKRUPTCY CASE"). | 0.00 | 225,000.00 | | 325,000.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

Case No: 2:16-24982 BR Judge: BARRY RUSSELL
Case Name: MAGIC APPAREL GROUP, INC.

Trustee Name: JASON M. RUND, TRUSTEE
Date Filed (f) or Converted (c): 11/14/16 (f)
341(a) Meeting Date: 01/26/17
Claims Bar Date: 07/03/17

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| HEIDE KURTZ IS THE TRUSTEE OF THE INDIVIDUAL BANKRUPTC CASE.<br><br>ON NOVEMBER 14, 2016 (THE "PETITION DATE")-LESS THAN A WEEK AFTER THE COMMENCEMENT OF THE INDIVIDUAL BANKRUPTCY CASE-JOSEPH WHANG CAUSED THE COMPANY FILE A VOLUNTARY PETITION UNDER CHAPTER 7 THE BANKRUPTCY CODE (THE "COMPANY PETITION" OR "COMPANY BANKRUPTCY CASE").<br><br>MAGIC APPAREL WAS IN THE BUSINESS OF IMPORTING, MANUFACTURING AND DISTRIBUTING WHOLESALE T-SHIRTS, HATS AND OTHER CLOTHING ACCESSORIES. IN APPROXIMATELY THE FALL OF 2013, THE COMPANY DEFAULTED ON ITS SECURED DEBT OBLIGATIONS TO CATHAY BANK, WHICH LOAN WAS IN THE ORIGINAL PRINCIPAL AMOUNT OF $8 MILLION, AND LATER INCREASED TO $9 MILLION. ON JANUARY 6, 2014, AFTER CATHAY BANK BEGAN COLLECTION EFFORTS AGAINST MAGIC APPAREL, JOSEPH WHANG CAUSED THE COMPANY TO FILE A VOLUNTARY PETITION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE, COMMENCING CASE NO. 2:14-BK-10254-RK. ON FEBRUARY 25, 2014, THE COMPANY'S CHAPTER 11 CASE WAS DISMISSED UPON STIPULATION FOR DISMISSAL BETWEEN THE COMPANY AND THE UNITED STATES TRUSTEE.<br><br>SUBSEQUENTLY, ON MARCH 5, 2014, ON CATHAY BANK'S MOTION, A RECEIVER WAS APPOINTED FOR MAGIC APPAREL. | | | | | |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

Case No: 2:16-24982 BR Judge: BARRY RUSSELL
Case Name: MAGIC APPAREL GROUP, INC.

Trustee Name: JASON M. RUND, TRUSTEE
Date Filed (f) or Converted (c): 11/14/16 (f)
341(a) Meeting Date: 01/26/17
Claims Bar Date: 07/03/17

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| THE COMPANY TRUSTEE UNDERSTANDS THAT THROUGH THE RECEIVERSHIP, CATHAY BANK LIQUIDATED CERTAIN OF MAGIC APPAREL'S ASSETS AND RECOVERED ONLY AN AGGREGATE OF $212,735.65. THE RECEIVERSHIP WAS LATER TERMINATED. ON NOVEMBER 7, 2014, CATHAY BANK OBTAINED A JUDGMENT AGAINST MAGIC APPAREL AND JOSEPH WHANG IN THE AMOUNT OF $9,624,755.38.<br><br>ON MAY 19, 2015, CATHAY BANK INITIATED A FRAUDULENT TRANSFER ACTION AGAINST MAGIC APPAREL, JOSEPH WHANG AND SEVERAL RELATED ENTITIES AND INDIVIDUALS, WHICH ACTION WAS STYLED CATHAY BANK V. CHOI, ET. AL., IN THE SUPERIOR COURT OF LOS ANGELES COUNTY, CASE NO. BC582291 (THE "STATE COURT ACTION"). FOR THE NEXT 18 MONTHS, EXTENSIVE DISCOVERY PROCEEDED IN THE STATE COURT ACTION. ON APRIL 14, 2016, CATHAY FILED ITS THIRD AMENDED COMPLAINT.<br><br>THE TRUSTEE UNDERSTANDS THAT JOSEPH WHANG FILED THE INDIVIDUAL PETITION ON THE EVE OF A SCHEDULED DEPOSITION OF JOSEPH WHANG IN THE STATE COURT ACTION. IN RESPONSE, AND PRIOR TO THE COMPANY PETITION, CATHAY BANK DISMISSED JOSEPH WHANG FROM THE STATE COURT ACTION WITHOUT PREJUDICE. JOSEPH WHANG, AS "OFFICER" OF MAGIC APPAREL, LATER REMOVED THE STATE COURT ACTION TO THE COMPANY BANKRUPTCY CASE, INITIATING ADVERSARY PROCEEDING CASE NO. 2:16-AP-01488-BR (THE "CATHAY ADVERSARY PROCEEDING"). CATHAY BANK HAS FILED A MOTION FOR | | | | | |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

Case No: 2:16-24982 BR Judge: BARRY RUSSELL
Case Name: MAGIC APPAREL GROUP, INC.

Trustee Name: JASON M. RUND, TRUSTEE
Date Filed (f) or Converted (c): 11/14/16 (f)
341(a) Meeting Date: 01/26/17
Claims Bar Date: 07/03/17

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| REMAND OF THE CATHAY ADVERSARY PROCEEDING, AND THE MOTION HAS BEEN CONTINUED TO MARCH 28, 2017 AND AGAIN TO JUNE 20, 2017.<br><br>THE COMPANY TRUSTEE'S CLAIMS AGAINST THE INDIVIDUAL DEBTOR'S BANKRUPTCY ESTATE:<br><br>THE COMPANY DID NOT HAVE ANY ON-GOING OPERATIONS ON THE DATE THAT IT COMMENCED THE COMPANY BANKRUPTCY CASE. ALSO, AS REFLECTED ON THE COMPANY SCHEDULES AND SOFA, ON THE COMPANY PETITION DATE, MAGIC APPAREL ESSENTIALLY HAD NO ASSETS. THE COMPANY TRUSTEE HAS INVESTIGATED WHETHER OR NOT THERE ARE ANY OTHER ASSETS OF THE COMPANY BANKRUPTCY ESTATE, INCLUDING BY REVIEWING SOME OF THE COMPANY'S FINANCIAL RECORDS AS FILED BY CATHAY BANK IN THE STATE COURT ACTION AND THE RESULTS OF CATHAY BANK'S INVESTIGATION INTO THE CIRCUMSTANCES OF THE COMPANY AND JOSEPH WHANG'S MANAGEMENT OF IT.<br><br>THE COMPANY TRUSTEE AND/OR HIS COUNSEL HAVE ALSO HAD NUMEROUS MEETINGS AND INTERACTIONS WITH CATHAY BANK AND ITS COUNSEL, AS WELL AS THE INDIVIDUAL TRUSTEE AND HER COUNSEL. IN ADDITION, JOSEPH WHANG HAS BEEN EXAMINED THE AT 341(A) HEARINGS HELD IN BOTH THE INDIVIDUAL BANKRUPTCY CASE AND THE COMPANY BANKRUPTCY CASE. THE COMPANY TRUSTEE AND HIS COUNSEL WERE ALSO PRESENT | | | | | |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

Case No: 2:16-24982 BR Judge: BARRY RUSSELL
Case Name: MAGIC APPAREL GROUP, INC.

Trustee Name: JASON M. RUND, TRUSTEE
Date Filed (f) or Converted (c): 11/14/16 (f)
341(a) Meeting Date: 01/26/17
Claims Bar Date: 07/03/17

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| AT A MEDIATION CONDUCTED IN THE STATE COURT ACTION OF DECEMBER 15, 2017.<br><br>BASED ON THE RESULTS OF THE INVESTIGATION UNDERTAKEN BY CATHAY BANK AS PART OF THE STATE COURT ACTION, THE COMPANY TRUSTEE BELIEVES THAT ON BEHALF OF THE COMPANY BANKRUPTCY ESTATE HE HAS SUBSTANTIAL CLAIMS AGAINST THE INDIVIDUAL BANKRUPTCY ESTATE. AMONG OTHER THINGS, IT APPEARS THAT THE INDIVIDUAL DEBTOR MISMANAGED THE COMPANY, FAILING TO MAINTAIN ADEQUATE RECORDS-AT A MINIMUM ALLOWING MISLEADING FINANCIAL REPORTING TO BE MADE-AND ALLOWING THE WHOLESALE DISSIPATION OF THE COMPANY'S ASSETS TO AND FOR THE BENEFIT OF VARIOUS INDIVIDUALS AND ENTITIES.<br><br>ALTHOUGH THESE ACTIONS HAVE LED TO SIGNIFICANT DAMAGE TO THE INTERESTS OF CATHAY BANK, THE COMPANY TRUSTEE CONTENDS THAT THEY ALSO GENERALLY DAMAGED THE COMPANY AND ITS OTHER CREDITORS, INCLUDING THE MORE THAN $500,000 OF NON-CATHAY CLAIMS (NOT INCLUDING INSIDERS) LISTED ON THE COMPANY SCHEDULES AND SOFA. IN ADDITION, AS NOTED ABOVE, AS OF YET, NO DEADLINE FOR FILING PRE-PETITION CLAIMS HAS BEEN SET, LET ALONE PASSED, IN THE COMPANY BANKRUPTCY CASE.<br><br>OTHER POTENTIAL CLAIMS OF THE BANKRUPTCY ESTATES: BASED ON HIS INVESTIGATION OF THE COMPANY'S AFFAIRS, | | | | | |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit 8

Case No: 2:16-24982 BR Judge: BARRY RUSSELL
Case Name: MAGIC APPAREL GROUP, INC.

Trustee Name: JASON M. RUND, TRUSTEE
Date Filed (f) or Converted (c): 11/14/16 (f)
341(a) Meeting Date: 01/26/17
Claims Bar Date: 07/03/17

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| IT APPEARS TO THE COMPANY TRUSTEE THAT A NUMBER OF VALUABLE AVOIDANCE ACTIONS EXIST THAT COULD BE BROUGHT FOR THE BENEFIT OF THE COMPANY'S BANKRUPTCY ESTATE AND ITS CREDITORS. IN ADDITION, THE COMPANY TRUSTEE BELIEVES THAT ADDITIONAL VALUABLE AVOIDANCE CLAIMS ARE OWNED BY THE INDIVIDUAL TRUSTEE ON BEHALF OF THE INDIVIDUAL DEBTOR'S CREDITORS.<br><br>FIRST, THE CASE TRUSTEES ASSERT THAT SOME, IF NOT ALL, OF THE PRE-PETITION FRAUDULENT TRANSFER CLAIMS ASSERTED BY CATHAY IN THE STATE COURT ACTION (THE "STATE COURT ACTION CLAIMS") ARE PROPERTY OF EITHER THE INDIVIDUAL BANKRUPTCY ESTATE OR THE COMPANY BANKRUPTCY ESTATE (OR PERHAPS, IN SOME CASES, BOTH BANKRUPTCY ESTATES) AND THAT ONLY THE RESPECTIVE CHAPTER 7 TRUSTEE HAS STANDING TO ASSERT THE STATE COURT ACTION CLAIMS. CATHAY DISAGREES WITH THIS POSITION OF THE CASE TRUSTEES AND ASSERTS THAT AT LEAST SOME OF THE STATE COURT ACTION CLAIMS BELONG TO CATHAY, AND THAT CATHAY HAS STANDING TO CONTINUE TO PROSECUTE THE STATE COURT ACTION.<br><br>SECOND, THE CASE TRUSTEES ASSERT THAT THE BANKRUPTCY ESTATES POSSESS CLAIMS PURSUANT TO SECTIONS 544, 547, 548, AND 550 (INCLUDING WITHOUT LIMITATION CLAIMS PURSUANT TO SECTION 550(B)) OF THE BANKRUPTCY CODE AGAINST PERSONS NAMED AS DEFENDANTS IN THE STATE COURT ACTION OR THE | | | | | |

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

Case No: 2:16-24982 BR Judge: BARRY RUSSELL
Case Name: MAGIC APPAREL GROUP, INC.

Trustee Name: JASON M. RUND, TRUSTEE
Date Filed (f) or Converted (c): 11/14/16 (f)
341(a) Meeting Date: 01/26/17
Claims Bar Date: 07/03/17

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| AFFILIATES, INSIDERS, OR SUCCESSORS OF SUCH PERSONS, OR THE INITIAL OR SUBSEQUENT TRANSFEREES OF SUCH PERSONS (COLLECTIVELY, THE "AVOIDANCE CLAIMS").<br><br>THIRD, THE CASE TRUSTEES ASSERT THAT THE BANKRUPTCY ESTATES HAVE ADDITIONAL VALUABLE CLAIMS AGAINST (I) STUART WHANG ("STUART WHANG"), THE INDIVIDUAL DEBTOR'S BROTHER; AND (II) SWW INVESTMENT, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY ("SWW"). THE COMPANY TRUSTEE UNDERSTANDS THAT STUART WHANG OWNS ONE HUNDRED PERCENT (100%) OF THE EQUITY IN SWW. THE BANKRUPTCY ESTATES' CLAIMS AGAINST THESE PARTIES CONSIST OF CLAIMS OF ANY TYPE, INCLUDING PURSUANT TO SECTIONS 544, 547, 548, AND 550 OF THE BANKRUPTCY CODE, AGAINST STUART WHANG, SWW OR ANY AFFILIATES OF STUART WHANG OR SWW OR THE AFFILIATES, INSIDERS, OR SUCCESSORS OF SUCH PERSONS, OR THE INITIAL OR SUBSEQUENT TRANSFEREES OF SUCH PERSONS (COLLECTIVELY, THE "STUART WHANG CLAIMS").<br><br>LASTLY, THE CASE TRUSTEES AND CATHAY BELIEVE THAT THE MAGIC APPAREL OWNS GLOBAL APPAREL GROUP CO., LTD, A VIETNAMESE COMPANY ("GLOBAL APPAREL GROUP"). THE CASE TRUSTEES AND CATHAY FURTHER BELIEVE THAT IN OR ABOUT SEPTEMBER 2015, GLOBAL APPAREL GROUP CHANGED ITS NAME TO SOUTH EAST APPAREL GROUP CO., LTD. ("SOUTH EAST"). THE OWNERSHIP OF SOUTH EAST IS UNCERTAIN. THE CASE TRUSTEES BELIEVE THAT THE | | | | | |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

Case No: 2:16-24982 BR Judge: BARRY RUSSELL
Case Name: MAGIC APPAREL GROUP, INC.

Trustee Name: JASON M. RUND, TRUSTEE
Date Filed (f) or Converted (c): 11/14/16 (f)
341(a) Meeting Date: 01/26/17
Claims Bar Date: 07/03/17

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| COMPANY BANKRUPTCY ESTATE, THE INDIVIDUAL BANKRUPTCY ESTATE, OR BOTH BANKRUPTCY ESTATES POSSESS CLAIMS AGAINST GLOBAL APPAREL GROUP AND/OR SOUTH EAST, THEIR AFFILIATES, INSIDERS, OR SUCCESSORS OF SUCH PERSON OR ENTITY, OR THE INITIAL OR SUBSEQUENT TRANSFEREES OF SUCH PERSON OR ENTITY (COLLECTIVELY, THE "GLOBAL CLAIMS"), THE EXTENT OF WHICH ARE UNKNOWN AT THIS TIME.<br><br>THE PROPOSED ASSIGNMENT OF CLAIMS BY THE TRUSTEES TO CATHAY BANK:<br><br>DESPITE THE POTENTIAL CLAIMS OF THE BANKRUPTCY ESTATES DETAILED ABOVE, THE CASE TRUSTEES BELIEVE THAT CATHAY BANK IS IN THE BEST POSITION TO PURSUE THEM DUE TO, AMONG OTHER THINGS, THE EXTENSIVE DISCOVERY CONDUCTED IN THE STATE COURT ACTION AND THE ADVANCED STAGE OF THE LITIGATION. IN ADDITION, CATHAY BANK IS WILLING TO CONTINUE TO VIGOROUSLY PROSECUTE THE CLAIMS, AND TO DEVOTE SIGNIFICANT RESOURCES TO DOING SO. IN PART TO RESOLVE CATHAY AND THE CASE TRUSTEES' DISAGREEMENT AS TO OWNERSHIP OF SUCH CLAIMS, AND IN THE INTEREST OF PREVENTING ANY ESCALATION THEREOF, THE CASE TRUSTEES HAVE AGREED TO ASSIGN THE STATE COURT ACTION CLAIMS TO CATHAY TO BOTH STREAMLINE THEIR PROSECUTION AND TO BENEFIT THE RESPECTIVE BANKRUPTCY ESTATE IF AND WHEN FUNDS ARE RECOVERED. ADDITIONALLY, THE CASE TRUSTEES HAVE | | | | | |

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

Case No: 2:16-24982 BR Judge: BARRY RUSSELL
Case Name: MAGIC APPAREL GROUP, INC.

Trustee Name: JASON M. RUND, TRUSTEE
Date Filed (f) or Converted (c): 11/14/16 (f)
341(a) Meeting Date: 01/26/17
Claims Bar Date: 07/03/17

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| CONCLUDED THAT THE REMAINING CLAIMS-THE AVOIDANCE CLAIMS, THE STUART WHANG CLAIMS, AND THE GLOBAL CLAIMS-ARE SO CLOSELY RELATED TO THE STATE COURT ACTION CLAIMS THAT ANY PURSUIT OF SUCH CLAIMS WOULD BE DUPLICATIVE OF CATHAY'S RECOVERY EFFORTS IF THEY WERE TO PURSUE THE CLAIMS IN TANDEM. LASTLY, DUE TO THE SIZE OF THE CATHAY CLAIM VIS-À-VIS OTHER NON-CATHAY NON-INSIDER CREDITORS, ANY RECOVERY MADE BY THE CASE TRUSTEES WOULD BENEFIT PRINCIPALLY CATHAY. ACCORDINGLY, THE CASE TRUSTEES AND CATHAY BANK HAVE ENTERED INTO THE ASSIGNMENT.<br><br>UNDER THE TERMS OF THE ASSIGNMENT STIPULATION, THE CASE TRUSTEES WILL ASSIGN TO CATHAY ALL INTERESTS OF THE BANKRUPTCY ESTATES IN: (I) THE STATE COURT ACTION CLAIMS; (II) THE AVOIDANCE CLAIMS; (III) THE STUART WHANG CLAIMS; AND (IV) THE GLOBAL CLAIMS (COLLECTIVELY, THE "ASSIGNED CLAIMS"). IN ADDITION, THE CASE TRUSTEES WILL ASSIGN TO CATHAY ALL INTEREST OF THE BANKRUPTCY ESTATES IN GLOBAL APPAREL GROUP AND SOUTH EAST. IN CONSIDERATION FOR THE ASSIGNMENTS, ANY PROCEEDS OF THE ASSIGNED CLAIMS WILL BE DIVIDED AS FOLLOWS:<br><br>THE FIRST $200,000.00 RECOVERED ON ACCOUNT OF THE ASSIGNED CLAIMS WILL BE PAID TO THE INDIVIDUAL BANKRUPTCY ESTATE AND THE COMPANY BANKRUPTCY ESTATE, ON A PARI PASSU BASIS [HEREIN, THE "FIRST DOLLAR PROCEEDS"]. | | | | | |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

Case No: 2:16-24982 BR Judge: BARRY RUSSELL
Case Name: MAGIC APPAREL GROUP, INC.

Trustee Name: JASON M. RUND, TRUSTEE
Date Filed (f) or Converted (c): 11/14/16 (f)
341(a) Meeting Date: 01/26/17
Claims Bar Date: 07/03/17

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| CATHAY BANK WILL THEN RECOUP FROM THE NEXT FUNDS RECOVERED ALL ATTORNEYS' FEES AND COSTS IT HAS INCURRED IN THE INVESTIGATION AND PROSECUTION OF THE ASSIGNED CLAIMS, INCLUDING ALL AMOUNTS INCURRED PRIOR TO NOVEMBER 8, 2016, WHICH PAYMENT SHALL REDUCE EACH OF THE ALLOWED CATHAY INDIVIDUAL ESTATE CLAIM AND THE ALLOWED CATHAY COMPANY ESTATE CLAIM ON A DOLLAR-FOR-DOLLAR BASIS TO THE EXTENT OF SUCH PRE-NOVEMBER 8, 2016 AMOUNTS.<br><br>FROM THE FUNDS RECOVERED ON ACCOUNT OF THE ASSIGNED CLAIMS AFTER CATHAY BANK'S RECOUPMENT OF THE SUMS SPECIFIED IN (B), ALL ADDITIONAL PROCEEDS, IF ANY, WILL BE PAID TO THE INDIVIDUAL BANKRUPTCY ESTATE AND THE COMPANY BANKRUPTCY ESTATE, ON A PARI PASSU BASIS [THE "LAST DOLLAR PROCEEDS"].<br><br>IN ADDITION TO THE TERMS DETAILED ABOVE, THE ASSIGNMENT STIPULATION PROVIDES THAT (I) THE CASE TRUSTEES WILL SUPPORT REMAND OF THE STATE COURT ACTION; (II) THE CASE TRUSTEES AGREE TO MODIFICATION OF THE AUTOMATIC STAY PROVIDED BY SECTION 362(A) OF THE BANKRUPTCY CODE IN THE INDIVIDUAL BANKRUPTCY CASE AND THE COMPANY BANKRUPTCY CASE TO PERMIT PROSECUTION OF THE STATE COURT ACTION TO JUDGMENT AND ALLOW CATHAY TO COLLECT OR ENFORCE ANY JUDGMENT OBTAINED THEREIN; (III) THE COMPANY TRUSTEE WILL HAVE AN ALLOWED GENERAL UNSECURED | | | | | |

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

Case No: 2:16-24982 BR Judge: BARRY RUSSELL
Case Name: MAGIC APPAREL GROUP, INC.

Trustee Name: JASON M. RUND, TRUSTEE
Date Filed (f) or Converted (c): 11/14/16 (f)
341(a) Meeting Date: 01/26/17
Claims Bar Date: 07/03/17

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| CLAIM AGAINST THE INDIVIDUAL BANKRUPTCY ESTATE OF $400,000.00 (THE "ALLOWED COMPANY GENERAL UNSECURED CLAIM"); (IV) THE CATHAY CLAIM WILL BE ALLOWED AS A GENERAL UNSECURED CLAIM IN THE AMOUNT OF $11,483,791.04 IN EACH OF THE INDIVIDUAL BANKRUPTCY CASE AND THE COMPANY BANKRUPTCY CASE (RESPECTIVELY, THE "ALLOWED CATHAY INDIVIDUAL ESTATE CLAIM" AND THE "ALLOWED CATHAY COMPANY ESTATE CLAIM"); AND (V) THE INDIVIDUAL TRUSTEE WAIVES ANY CLAIM HELD BY THE INDIVIDUAL BANKRUPTCY ESTATE AGAINST THE COMPANY BANKRUPTCY ESTATE.<br><br>FURTHER, THE ASSIGNMENT STIPULATION PROVIDES FOR SUBORDINATION OF CATHAY'S ALLOWED CLAIMS AGAINST THE BANKRUPTCY ESTATES. THE ALLOWED CATHAY INDIVIDUAL ESTATE CLAIM WILL BE SUBORDINATED TO ALL OTHER ALLOWED NON-INSIDER GENERAL UNSECURED CLAIMS AGAINST THE INDIVIDUAL BANKRUPTCY ESTATE (INCLUDING THE ALLOWED COMPANY GENERAL UNSECURED CLAIM) TO THE EXTENT OF THE AMOUNT WHICH IS EQUAL TO THE AGGREGATE AMOUNT REMAINING FROM THE FIRST DOLLAR PROCEEDS AFTER PAYMENT OF ADMINISTRATIVE CLAIMS PLUS THE LESSER OF (I) THE AGGREGATE AMOUNT OF SUCH ALLOWED CLAIMS UP TO $100,000.00 AND (II) TWENTY-FIVE PERCENT (25%) OF THE AMOUNTS RECEIVED BY THE INDIVIDUAL BANKRUPTCY ESTATE FROM PAYMENTS MADE PURSUANT TO THE LAST DOLLAR PROCEEDS. SIMILARLY, THE ALLOWED CATHAY COMPANY ESTATE CLAIM WILL SUBORDINATED TO ALL | | | | | |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No: 2:16-24982 BR Judge: BARRY RUSSELL
Case Name: MAGIC APPAREL GROUP, INC.

Trustee Name: JASON M. RUND, TRUSTEE
Date Filed (f) or Converted (c): 11/14/16 (f)
341(a) Meeting Date: 01/26/17
Claims Bar Date: 07/03/17

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| OTHER NON-INSIDER GENERAL UNSECURED CLAIMS AGAINST THE COMPANY BANKRUPTCY ESTATE TO THE EXTENT OF THE AMOUNT WHICH IS EQUAL TO THE AGGREGATE AMOUNT REMAINING FROM THE FIRST DOLLAR PROCEEDS AFTER PAYMENT OF ADMINISTRATIVE CLAIMS PLUS THE LESSER OF (I) THE AGGREGATE AMOUNT OF SUCH ALLOWED CLAIMS UP TO $100,000.00 PLUS UP TO AN ADDITIONAL $80,000.00 OF ANY AMOUNTS RECEIVED ON ACCOUNT OF THE ALLOWED COMPANY GENERAL UNSECURED CLAIM AND (II) TWENTY-FIVE PERCENT (25%) OF THE AMOUNTS RECEIVED BY THE COMPANY BANKRUPTCY ESTATE FROM THE LAST DOLLAR PROCEEDS PLUS UP TO AN ADDITIONAL $80,000.00 OF ANY AMOUNTS RECEIVED ON ACCOUNT OF THE ALLOWED COMPANY GENERAL UNSECURED CLAIM. THIS ARRANGEMENT ENSURES THAT THE SIZE OF THE CATHAY CLAIM DOES NOT FLOOD THE POOL OF ALLOWED UNSECURED CREDITORS, AS CATHAY WILL NOT SHARE IN ANY FIRST DOLLAR PROCEEDS PAID TO THE BANKRUPTCY ESTATES, AND WILL NOT SHARE THE LAST DOLLAR PROCEEDS, UP TO THE SPECIFIED LIMITS.<br><br>ORDER APPROVING SALE OF CLAIMS AND INTERESTS TO CATHAY BANK FOR $225,000 TO THIS ESTATE AND $100,000 TO THE JOSEPH WHANG ESTATE ENTERED JANUARY 26, 2018. THE AGREEMENT APPROVED WAS A SALE OF CLAIMS WITHOUT SUBORDINATION OF THE CATHAY BANK CLAIM. TRUSTEE'S REPORT OF SALE FILED FEBRUARY 2, 2018. | | | | | |
| 5. CLAIM AGAINST JOSEPH WHANG BANKRUPTCY ESTATE (u) | 0.00 | 25,000.00 | | 0.00 | FA |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit 8

Case No: 2:16-24982 BR Judge: BARRY RUSSELL
Case Name: MAGIC APPAREL GROUP, INC.

Trustee Name: JASON M. RUND, TRUSTEE
Date Filed (f) or Converted (c): 11/14/16 (f)
341(a) Meeting Date: 01/26/17
Claims Bar Date: 07/03/17

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| PLEASE REFER TO ASSET NUMBER FOUR A DETAILED DESCRIPTION OF THE CLAIM AGAINST THE BANKRUPTCY ESTATE OF JOSEPHH WHANG, CASE NUMBER 2:16-24823 BR. ORDER APPROVING STIPULATION WITH TRUSTEE OF JOSEPH WHANG BANKRUPTCY ESTATE TO SUBORIDNATE CLAIM ENTERED JUNE 5, 2018. PER THE TRUSTEE'S FINAL REPORT IN THE JOSEPH WHANG CASE, NO FUNDS AVAILABLE. | | | | | |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $60,000.00 | $250,000.00 | | $325,000.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

---

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

CLOSING SUMMARY:

Case Background and Asset Administered:

This bankruptcy case was commenced by Magic Apparel Group, Inc., a California corporation ("Magic Apparel", the "Company" or the "Debtor") filing a voluntary Petition November 14, 2016 (the "Petition Date"). On November 8, 2016, Magic Apparel's principal, Joseph Whang had filed a Chapter 7 voluntary Petition commencing bankruptcy case no. 2:16-bk-24823-BR (the "Individual Bankruptcy Case"). Heide Kurtz was appointed Chapter 7 Trustee (the "Individual Trustee". The Individual Trustee and the Magic Apparel Trustee are collectively referred to as the "Case Trustees." The Magic Apparel case and the Individual Bankruptcy Case are collectively referred to as the "Bankruptcy Estates".

Debtor's Business, Prepetition Financial Affairs and Litigation:

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 2:16-24982 BR Judge: BARRY RUSSELL | Trustee Name: | JASON M. RUND, TRUSTEE |
|---|---|---|---|
| Case Name: | MAGIC APPAREL GROUP, INC. | Date Filed (f) or Converted (c): | 11/14/16 (f) |
| | | 341(a) Meeting Date: | 01/26/17 |
| | | Claims Bar Date: | 07/03/17 |

Magic Apparel was in the business of importing, manufacturing and distributing wholesale t-shirts, hats and other clothing accessories. In approximately the fall of 2013, the Company defaulted on its secured debt obligations to Cathay Bank, which loan was in the original principal amount of $8 million, and later increased to $9 million. On January 6, 2014, after Cathay Bank began collection efforts against Magic Apparel, Joseph Whang caused the Company to file a voluntary petition under chapter 11 of the Bankruptcy Code, commencing case no. 2:14-bk-10254-RK. On February 25, 2014, the Company's chapter 11 case was dismissed upon stipulation for dismissal between the Company and the United States Trustee.

Subsequently, on March 5, 2014, on Cathay Bank's motion, a receiver was appointed for Magic Apparel. The Company Trustee understands that through the receivership, Cathay Bank liquidated certain of Magic Apparel's assets and recovered only an aggregate of $212,735.65. The receivership was later terminated. On November 7, 2014, Cathay Bank obtained a judgment against Magic Apparel and Joseph Whang in the amount of $9,624,755.38 Cathay contends that as of November 7, 2016, the amount of the judgment, with post-judgment interest, was $11,483,791.04 (the "Cathay Claim") and it filed Proofs of Claim in this amount in both Individual Bankruptcy Case and the Company Bankruptcy Case.

On May 19, 2015, Cathay Bank initiated a fraudulent transfer action against Magic Apparel, Joseph Whang and several related entities and individuals, which action was styled Cathay Bank v. Choi, et al., in the Superior Court of Los Angeles County, case no. BC582291 (the "State Court Action"). For the next 18 months, extensive discovery proceeded in the State Court Action. On April 14, 2016, Cathay filed its third amended complaint.

Joseph Whang filed the Individual Bankruptcy Case on the eve of his deposition. In response, and prior to the Company Petition, Cathay Bank dismissed Joseph Whang from the State Court Action without prejudice. Joseph Whang, as "officer" of Magic Apparel, later removed the State Court Action to the Company Bankruptcy Case, initiating adversary proceeding case no. 2:16-ap-01488-BR (the "Cathay Adversary Proceeding"). Cathay Bank filed a motion for remand of the Cathay Adversary Proceeding, and, as discussed below, after Cathay Bank purchased certain claims held by the Company Bankruptcy Estate and the Individual Bankruptcy Estate, ultimately the matter was remanded to the state court for resolution.

At the outset, little was revealed about Magic Apparel's circumstances from its bankruptcy schedules and statements. The Trustee with assistance from counsel immediately commenced an intensive investigation of the circumstances of the Debtor and Joseph Whang. Within days of the Trustee's involvement, the Trustee and his counsel appeared at a mediation that had been scheduled between Cathay Bank, on the one hand, and the other members of Joseph Whang's family which were

Case No: 2:16-24982 BR Judge: BARRY RUSSELL
Case Name: MAGIC APPAREL GROUP, INC.

Trustee Name: JASON M. RUND, TRUSTEE
Date Filed (f) or Converted (c): 11/14/16 (f)
341(a) Meeting Date: 01/26/17
Claims Bar Date: 07/03/17

the defendants in the State Court Action.

The mediation did not result in a settlement. Undeterred, the Trustee and his counsel, and then with counsel to the Individual Trustee and the Individual Case Trustee, worked together to arrange a transaction by which certain claims held by the Bankruptcy Estates were assigned to Cathay for continued prosecution ("Assignment Stipulation") as part of the State Court Action. While Company Trustee's counsel would soon bring on a motion to accomplish such a sale.

The Trustee and his counsel also met with counsel for the Whangs to hear from them and understand their position regarding the merits of the State Court Action and attempted to arrive at a consensual resolution of both the assignment of the claims and, indeed the underlying litigation. These efforts were not successful.

The motions to approve the Assignment Stipulation, and the parallel motion filed by in the Individual Bankruptcy Case were met with a lengthy opposition by the Whangs. After hearing from the parties, and explaining its views of the cases, the Court continued the matter to June of 2017.

Between March and June 2017 negotiations between the parties did not get on track, and the Trustee's counsel filed a supplement to the motion to approve the Assignment Stipulation, which supplement was met with another opposition from the Whangs. Ultimately, the parties agreed, and the Court approved, to mediate the issues presented, and the hearings on the motions to approve the Assignment Stipulation were once again continued. Judge Meredith Jury conducted a mediation on August 18, 2017 but unfortunately a settlement was not reached.

In the fall of 2017, the Trustee and his counsel tried break the impasse over the approval of the Assignment Stipulation and certain issues it raised, including that the Bankruptcy Estates would not receive any immediate cash for the sale of the claims to Cathay.

Eventually, the Case Trustees and Cathay agreed that Cathay would simply purchase the claims for $325,000, eliminating many of the more complex features of the Assignment Stipulation, which included (among other things) the subordination of the Cathay Claim in certain circumstances. With a new Purchase Agreement, the Trustee's counsel worked to withdraw the motion to approve the Assignment Stipulation and instead prepared and filed a new motion to approve the Purchase Agreement. After yet another opposition from the (new counsel) for Stuart Whang, the Bankruptcy Court approved the Purchase Agreement by order entered January 26, 2018 [Docket No. 109] in the Company Case and a companion order in the Individual Case. The sale of the claims to Cathay Bank closed shortly thereafter. Pursuant to the agreement between

Main Document Page 30 of 39

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 16

Exhibit 8

Case No: 2:16-24982 BR Judge: BARRY RUSSELL
Case Name: MAGIC APPAREL GROUP, INC.

Trustee Name: JASON M. RUND, TRUSTEE
Date Filed (f) or Converted (c): 11/14/16 (f)
341(a) Meeting Date: 01/26/17
Claims Bar Date: 07/03/17

the two bankruptcy estates, the sum of $100,000 was paid by the Trustee to the Individual Case Trustee.

Claim Issues:

The Trustee and counsel reviewed the claims filed against the bankruptcy estate and determined that the secured claim filed by the Law Offices of Robert Kevin Lee ("Lee") needed to be addressed.

On May 2, 2018, Lee filed his second amended Proof of Claim against the bankruptcy estate, asserting a secured claim in the amount of $8,803.91 for unpaid pre-petition attorneys' fees and costs incurred in 2014 with respect to the Debtor's previously dismissed chapter 11 bankruptcy proceeding (Claim No. 1). After discussions, including its basis as a secured claim against the bankruptcy estate, and whether or not Claim No. 1 is allowable at all the Trustee and Lee determined that Claim No. 1 should be allowed as a general unsecured claim and entered into a stipulation. Order Approving Stipulation entered May 9, 2018.

Tax Issues:

Corporate tax returns for fiscal years ending December 31, 2016 through December 31, 2017 have been filed. The administrative tax claim filed by the Franchise Tax Board is provided for in the Trustee's proposed distribution and will be paid at closing. The tax returns were filed in compliance with 11 U.S.C. § 505(b) more than 60 days ago but the clearance letter has not been received. The returns are deemed accepted and the trustee discharged from tax liability by virtue of 11 U.S.C. § 505(b).

Trustee's Professionals:

The Trustee determined, in his reasonable business judgment, that the issues involving the litigation warranted obtaining legal counsel. The Trustee retained Greenberg Glusker Fields Claman & Machtinger, LLP. The order approving employment was entered January 24, 2017. The first and final fee application is docket number 137. The law firm agreed to reduce their final fee request by $25,046.27 in response to the Trustee's discussions with his attorney. The Trustee believes this represents a reasonable exercise of billing judgment.

The Trustee also retained Donald T. Fife, CPA of Hahn Fife & Company, LLP as the estate's accountant to prepare the necessary tax returns. The order authorizing employment was entered April 3, 2018. The first and final fee application

LFORM1
UST Form 101-7-TDR (10/1/2010) *(Page: 30)*

Ver: 20.00j

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

Case No: 2:16-24982 BR Judge: BARRY RUSSELL
Case Name: MAGIC APPAREL GROUP, INC.

Trustee Name: JASON M. RUND, TRUSTEE
Date Filed (f) or Converted (c): 11/14/16 (f)
341(a) Meeting Date: 01/26/17
Claims Bar Date: 07/03/17

is docket number 135.

Distribution to Creditors:

The trustee's administration of this estate is resulting in a 0.2% dividend to the general unsecured creditors with timely filed claims after full payment of the priority claims. The percentage is low because general unsecured claims against the bankruptcy estate are in excess of $12.0 million.

Trustee's Fee:

The Trustee submits that he effectively and efficiently administered this bankruptcy estate and therefore respectfully requests that pursuant to 11 U.S.C. §§ 326(a) and 330(a)(7) that a statutory fee/commission be allowed in the amount of $14,500.00. The requested fee is calculated compensable receipts/disbursements of $225,000 as follows:

25% of the first $5,000 = $1,250.00
10% of the next $45,000 = $4,500.00
5% of the next $950,000 = $8,750.00
Total Fee: $14,500.00

The Trustee's statutory fee is not calculated on total estate receipts of $325,000 because the sum of $100,000 was paid to the Bankruptcy Estate of Joseph S. Whang pursuant to the purchase agreement. Thus, the total compensable amount is $225,000 as calculated above.

Bank Service Fees:

Pursuant to General Order 11-02, the Trustee has incurred and paid bank fees and charges directly related to the administration of the estate in the amount of $1,638.26. The Trustee seeks approval of this amount pursuant to 11 U.S.C. § 330.

Expenses:

The Trustee is requesting the nominal sum of $210.69 for photocopies, postage, parking and attorney service delivery

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No: 2:16-24982 BR Judge: BARRY RUSSELL
Case Name: MAGIC APPAREL GROUP, INC.

Trustee Name: JASON M. RUND, TRUSTEE
Date Filed (f) or Converted (c): 11/14/16 (f)
341(a) Meeting Date: 01/26/17
Claims Bar Date: 07/03/17

fees.

PROCEDURAL SUMMARY THROUGH MARCH 31, 2018:

All aseets have been fully administered. Please refer to asset number four for a detailed description of the asset administered. The Trustee anticipates filing one claim objection. The Trustee does not anticipate that tax issues or claims issues will delay closing.

The Trustee retained Hahn Fife & Company, LLP as accountants and the employment application was filed on March 2, 2018. The order approving the application is pending.

PROCEDURAL SUMMARY THROUGH MARCH 31, 2017:

Please refer to asset number four for a detailed description of the asset being administered. The next hearing on the compromise motion which pertain to asset four is on June 20, 2017. The Trustee does not anticipate that tax issues or claims issues will delay closing.

The Trustee retained John Melsissinos of Greenberg Glusker Fields Claman & Machtinger, LLP as his his counsel and the order authorizing employment was entered January 24, 2017.

June 26, 2018, 01:36 pm Receive and review attorney's fee application; draft related correspondence.
June 14, 2018, 02:17 pm Receive and review accountant's fee application; draft related correspondence.
June 06, 2018, 09:02 am Receive and review Order Approving Stipulation with Individual Trustee to Subordinate Claim entered June 5, 2018
June 05, 2018, 02:41 pm Filed Notice to Professionals
June 04, 2018, 03:28 pm Receive and review bank statement and reconcile account.
June 04, 2018, 02:30 pm Receive and review attorney billing statement through April 30, 2018.
May 09, 2018, 07:40 pm Receive and review attorney billing statement through March 31, 2018.
May 03, 2018, 04:05 pm Receive and review bank statement and reconcile account.
April 26, 2018, 02:36 pm Receive and review Motion to Approve Comprimse re: subordination of claim in individual case;

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

Case No: 2:16-24982 BR Judge: BARRY RUSSELL
Case Name: MAGIC APPAREL GROUP, INC.

Trustee Name: JASON M. RUND, TRUSTEE
Date Filed (f) or Converted (c): 11/14/16 (f)
341(a) Meeting Date: 01/26/17
Claims Bar Date: 07/03/17

draft related correspondence to J. Melissinos.

April 23, 2018, 03:06 pm Draft correspondence to J. Melissinos re: claims issues to close case.

April 17, 2018, 09:36 am Receive and review 2016 and 2016 tax returns.

April 11, 2018, 09:05 pm Receive and review attorney billing statement thru February 28, 2018.

April 04, 2018, 09:15 am Receive and review Order Granting Application to Employ Hahn Fife & Company entered April 3, 2018

April 02, 2018, 04:10 pm Receive and review stipulation to subordinate claim re claim in Joseph Whang case; draft related correspondence to J. Melissinos.

April 02, 2018, 04:05 pm Receive and review bank statement and reconcile account.

March 02, 2018, 2:58 pm Receive and review bank statement and reconcile account.

March 01, 2018, 10:04 pm Receive and review attorney billing through January 31, 2018.

February 26, 2018, 04:02 pm Receive and review Application to Accountant; draft related correspondence.

February 15, 2018, 11:22 am Draft correspondence to D. Fife re: retention as accountant.

February 05, 2018, 05:44 am Receive and review attorney billing statement thru December 31, 2017.

February 02, 2018, 11:37 am Draft Report of Sale.

February 01, 2018, 09:58 am Receive and review MFR filed by Cathay Bank re: Cathay Bank re: Richard Choi.

January 10, 2018, 02:57 pm Receive and review attorney billing statement through December 31, 2017.

January 09, 2018, 02:03 pm Attend sale re: assignment of claims to Cathay.

January 04, 2018, 04:30 pm Telephone conference with J. Melissinos re: Cathay Bank desire to credit bid claim or reintroduce subordination concept.

December 06, 2017, 09:10 am Receive and review attorney billing statement through November 30, 2017.

December 05, 2017, 01:34 pm Receive and review Motion to Sell; draft related correspondence to K. Banner.

October 26, 2017, 01:47 pm Receive and review Purchase Agreement; draft related telephone conference with J. Melissiinos.

October 06, 2017, 11:57 am Receive and review attorney billing statement through September 30, 2017.

September 02, 2017, 08:22 am Receive and review attorney billing statement through July 31, 2017.

August 23, 2017, 04:53 pm Continued: Review

August 07, 2017, 10:28 am Receive and review attorney billing statement through June 30, 2017.

August 01, 2017, 01:52 pm Continued: Review

July 01, 2017, 11:28 am Receive and review attorney billing statement thru May 31, 2017.

June 29, 2017, 04:36 pm Receive and review Proof of Claim re: Joseph Hwang; draft related correspondence.

June 29, 2017, 04:28 pm Continued: Review

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

Case No: 2:16-24982 BR Judge: BARRY RUSSELL
Case Name: MAGIC APPAREL GROUP, INC.

Trustee Name: JASON M. RUND, TRUSTEE
Date Filed (f) or Converted (c): 11/14/16 (f)
341(a) Meeting Date: 01/26/17
Claims Bar Date: 07/03/17

June 09, 2017, 12:19 pm Receive and review attorney billing statement thru April 30, 2017.

June 07, 2017, 02:50 pm Review supplemental oppostions filed by Whangs; related telephone conferences with J. Melissinos.

May 31, 2017, 03:25 pm Continued: Review

May 09, 2017, 03:16 pm Continued: Check used to pay attorney's fees

May 04, 2017, 09:41 am Receive and review billing statement through March 31, 2017.

April 21, 2017, 12:22 pm Draft correspondence to Franchise Tax Board re: Proof of Claim.

April 19, 2017, 02:26 pm Continued: Check used to pay attorney's fees

April 19, 2017, 12:36 pm Receive, review and respond to correspondense from L. Brown of Internal Revenue Service re: unfiled tax returns; draft correspondence to Employment Development Department re: proof of claim.

March 30, 2017, 03:59 pm Receive and review correspondence from R. Lee and proposed response; draft related correspondence to J. Melissinos.

March 29, 2017, 01:47 pm Continued: Documents requested

March 28, 2017, 05:54 pm Attend compromsie hearing.

March 23, 2017, 10:41 am Receive and review reply brief re: Motion to Compromise and evidentiary objections; draft related correspondence to J. Melissinos.

March 22, 2017, 11:24 am Telephone conference with J. Melission re: issues regarding settlement and opposition to motion.

March 08, 2017, 10:56 am Receive and review attoreny billing statement through January 31, 2017

March 06, 2017, 11:41 am Continued: Documents requested

February 21, 2017, 03:55 pm Telephone conference with J. Melissinos re: heaing on remand motion; review revised Motion to Dismiss and draft related correspondence.

February 21, 2017, 11:10 am Receive and reveiw opposition to motion to dismiss; related telephone conference with J. Melissinos.

February 16, 2017, 05:47 pm Receive and review Stipulation re Assignment of Claims; draft related correspondence to J. Melissinos.

February 08, 2017, 11:39 am Continued: Documents requested

February 04, 2017, 08:55 am Receive and review attorney billing statement through December 31, 2016.

February 03, 2017, 11:55 am Telephone conference with J. Melissinos re: revisions to term sheet.

January 26, 2017, 03:11 pm Attend initial Meeting of Creditors.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

Case No: 2:16-24982 BR Judge: BARRY RUSSELL
Case Name: MAGIC APPAREL GROUP, INC.

Trustee Name: JASON M. RUND, TRUSTEE
Date Filed (f) or Converted (c): 11/14/16 (f)
341(a) Meeting Date: 01/26/17
Claims Bar Date: 07/03/17

January 25, 2017, 09:20 am Receive and review Order Approving Chapter 7 Trustee's Application to Employ General Bankruptcy Counsel entered January 24, 2017

January 10, 2017, 03:14 pm Review memorandum from J. Melissinos re: litigation claims; related telephone conference.

December 19, 2016, 08:32 pm Receive and review application to employ counsel; draft

December 16, 2016, 09:06 am Draft correspondence to M. Chekian regaridng Meeting of Creditors and requesting books and records.

December 15, 2016, 05:54 pm Attend mediation

December 06, 2016, 02:52 pm Receive and review Greenberg Glusker retention agreement; draft related correspondence.

November 22, 2016, 04:11 pm Telephone conference with S. Maizel and M. Bierman re: case background; review state court complaint.

December 02, 2016, 05:36 pm Attend meeting with J. Melissinos, S. Maizel and M. Bierman re: case background; review Motion for Summary Judgment.

December 06, 2016, 12:13 pm Telephone conference with H. Kurtz; draft related correspondence.

Initial Projected Date of Final Report (TFR): 10/31/19 Current Projected Date of Final Report (TFR): 10/30/19

**FORM 2**

Page: 1

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 2:16-24982 -BR
Case Name: MAGIC APPAREL GROUP, INC.

Taxpayer ID No: *******7052
For Period Ending: 03/31/19

Trustee Name: JASON M. RUND, TRUSTEE
Bank Name: UNION BANK
Account Number / CD #: *******2037 Checking Account

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/09/18 | 4 | Cathay Bank<br>9650 Flair Drive<br>El Monte, CA 91731 | Sale of litigation claims | 1229-000 | 325,000.00 | | 325,000.00 |
| 01/31/18 | 040001 | Bankruptcy Estate of Joseph S. Whang<br>c/o Heide C. Kurtz, Chapter 7 Trustee<br>2515 South Western Avenue, Suite 11<br>San Pedro, CA 90732 | Pursuant to Purchase Agreement between the bankruptcy estate of Joseph S. Whang, the bankruptcy estate of Magic Apparel, Inc. and Cathay Bank. Order Approving Sale of Claims and Interests Pursuant to 11 U.S.C. § 363(b) to Cathay Bank; (2) Approving Proposed Bidding Procedures; and (3) Granting Related Relief entered January 26, 2018.<br>The disbursement is of non-estate funds and non-compensable because Cathay Bank paid the full amount to the Magic Apparel Trustee. | 8500-000 | | 100,000.00 | 225,000.00 |
| 02/06/18 | 040002 | International Sureties, LTD<br>701 Poydras Street., Suite 420<br>New Orleans, LA 70139 | Bond Payment- Bond Number 016030867<br>Issued pursuant to Local Bankruptcy Rule 2016-2(c) | 2300-000 | | 118.16 | 224,881.84 |
| 02/26/18 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 342.81 | 224,539.03 |
| 03/26/18 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 306.71 | 224,232.32 |
| 04/25/18 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 333.64 | 223,898.68 |
| 05/25/18 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 322.43 | 223,576.25 |
| 06/25/18 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 332.67 | 223,243.58 |
| 08/24/18 | 040003 | JASON M. RUND<br>840 APOLLO STREET, SUITE 351<br>EL SEGUNDO, CA 90245 | Chapter 7 Compensation/Fees | 2100-000 | | 14,500.00 | 208,743.58 |
| 08/24/18 | 040004 | JASON M. RUND<br>840 APOLLO STREET, SUITE 351<br>EL SEGUNDO, CA 90245 | Chapter 7 Expenses | 2200-000 | | 210.69 | 208,532.89 |
| 08/24/18 | 040005 | Greenberg Glusker Fields | Attorney's Fees | 3210-000 | | 168,621.73 | 39,911.16 |

Page Subtotals 325,000.00 285,088.84

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 2:16-24982 -BR
Case Name: MAGIC APPAREL GROUP, INC.

Taxpayer ID No: *******7052
For Period Ending: 03/31/19

Trustee Name: JASON M. RUND, TRUSTEE
Bank Name: UNION BANK
Account Number / CD #: *******2037 Checking Account

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Claman & Machtinger LLP<br>1900 Avenue of the Stars, 21st Floor<br>Los Angeles, CA 90067 | | | | | |
| 08/24/18 | 040006 | Greenberg Glusker Fields<br>Claman & Machtinger LLP<br>1900 Avenue of the Stars, 21st Floor<br>Los Angeles, CA 90067 | Attorney's Expenses | 3220-000 | | 1,378.27 | 38,532.89 |
| 08/24/18 | 040007 | HAHN FIFE & COMPANY LLP<br>Donald T. Fife, CPA<br>790 East Colorado Blvd., 9th Floor<br>Pasadena, CA 91101 | Accountant's Fees | 3410-000 | | 2,898.00 | 35,634.89 |
| 08/24/18 | 040008 | HAHN FIFE & COMPANY LLP<br>Donald T. Fife, CPA<br>790 East Colorado Blvd., 9th Floor<br>Pasadena, CA 91101 | Accountant's Expenses | 3420-000 | | 312.10 | 35,322.79 |
| 08/24/18 | 040009 | FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 | Claim 000005, Payment 100.00000%<br>(5-1) CLAIM FILED(5-2) 2751 | 2820-000 | | 1,629.28 | 33,693.51 |
| 08/24/18 | 040010 | EMPLOYMENT DEVELOPMENT DEPARTMENT<br>BANKRUPTCY GROUP MIC 92E<br>PO BOX 826880<br>SACRAMENTO, CA 94280-0001 | Claim 000002A, Payment 100.00000%<br>(2-1) CLAIM FILED(2-2) AMEND CLAIM<br>(2-1) REMARKS ADDED(2-2) REMARKS ADDED | 5800-000 | | 14,725.55 | 18,967.96 |
| 08/24/18 | 040011 | FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 | Claim 000004A, Payment 100.00000%<br>(4-1) CLAIM FILED(4-2) CLAIM FILED | 5800-000 | | 590.18 | 18,377.78 |
| 08/24/18 | 040012 | ROBERT KEVIN LEE<br>LAW OFFICES OF ROBERT KEVIN LEE<br>1007 N SEPULVEDA BLVD, UNIT 1237 | Claim 000001, Payment 0.15255%<br>(1-3) ALLOWED AS A UNSECURED CLAIM<br>PER ORDER ENTERED 5/9/2018 | 7100-000 | | 13.43 | 18,364.35 |

| | Deposits | Disbursements |
|---|---|---|
| Page Subtotals | 0.00 | 21,546.81 |

FORM 2

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 2:16-24982 -BR
Case Name: MAGIC APPAREL GROUP, INC.

Taxpayer ID No: *******7052
For Period Ending: 03/31/19

Trustee Name: JASON M. RUND, TRUSTEE
Bank Name: UNION BANK
Account Number / CD #: *******2037 Checking Account

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | MANHATTAN BEACH, CA 90267-8262 | | | | | |
| 08/24/18 | 040013 | EMPLOYMENT DEVELOPMENT DEPARTMENT<br>BANKRUPTCY GROUP MIC 92E<br>PO BOX 826880<br>SACRAMENTO, CA 94280-0001 | Claim 000002B, Payment 0.15405% | 7100-000 | | 0.47 | 18,363.88 |
| 08/24/18 | 040014 | FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 | Claim 000004B, Payment 0.15269% | 7100-000 | | 0.51 | 18,363.37 |
| 08/24/18 | 040015 | POSCO DAEWOO AMERICA CORP<br>BRIAN KANG<br>300 FRANK W BURR BLVD #23<br>TEANECK, NJ 07666 | Claim 000006, Payment 0.15252%<br>(6-1) GOODS SOLD | 7100-000 | | 278.24 | 18,085.13 |
| 08/24/18 | 040016 | YUNG SOOK WHANG<br>C/O JAY CHUNG, ESQ.<br>LEE ANAV CHUNG, ET AL.<br>520 SOUTH GRAND AVENUE, SUITE. 1070<br>LOS ANGELES, CA 90071 | Claim 000007, Payment 0.15252%<br>(7-1) MONEY LOANED | 7100-000 | | 457.55 | 17,627.58 |
| 08/24/18 | 040017 | CATHAY BANK<br>DENTONS US LLP<br>C/O SAMUEL R. MAIZEL<br>601 SOUTH FIGUEROA STREET, SUITE 2500<br>LOS ANGELES, CA 90017 | Claim 000008, Payment 0.15252% | 7100-000 | | 17,514.77 | 112.81 |
| 08/24/18 | 040018 | DECKY CO., INC.<br>2121 SOUTH WILMINGTON AVE.<br>COMPTON, CA 90220 | Claim 000009, Payment 0.15251%<br>(9-1) INVOICE PAYMENTS | 7100-000 | | 79.26 | 33.55 |
| 08/24/18 | 040019 | JOHN WHANG C/O 1421 S. MAIN, LLC<br>2121 S. WILMINGTON AVE.<br>COMPTON, CA 90220 | Claim 000010, Payment 0.15250%<br>(10-1) UNPAID RENT AND CLEANING CHARGES | 7100-000 | | 33.55 | 0.00 |

Page Subtotals 0.00 18,364.35

**FORM 2**

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 2:16-24982 -BR
Case Name: MAGIC APPAREL GROUP, INC.

Taxpayer ID No: *******7052
For Period Ending: 03/31/19

Trustee Name: JASON M. RUND, TRUSTEE
Bank Name: UNION BANK
Account Number / CD #: *******2037 Checking Account

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 325,000.00 | 325,000.00 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 325,000.00 | 325,000.00 | |
| | | | Less: Payments to Debtors | | | 100,000.00 | |
| | | | Net | | 325,000.00 | 225,000.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********2037 | 325,000.00 | 225,000.00 | 0.00 |
| | ------------------------ | ------------------------ | ------------------------ |
| | 325,000.00 | 225,000.00 | 0.00 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 0.00 0.00

Ver: 20.00j